B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A&O Resource Management, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-3734248** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**203 N. LaSalle Street, Suite 2100**<br>**Chicago, IL**<br>ZIP Code **60603** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                              Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **A&O Resource Management, Ltd.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

# Voluntary Petition

| | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **A&O Resource Management, Ltd.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

                    Email: mlgesas@arnstein.com
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**September  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Russell E. Mackert**
Signature of Authorized Individual

**Russell E. Mackert**
Printed Name of Authorized Individual

**Manager of Shepherd Capital Management, LLC**
Title of Authorized Individual

**September  2, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **A&O Resource Management, Ltd.**                                    ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Life Fund 5.1, LLC** | **09-32672** | **09/02/09** |
| **Northern** | **Affiliate** | **A. Benjamin Goldgar** |

**See attached list of affiliated debtors**

## AFFILIATED DEBTORS
## Cases Filed September 1, 2009

A&O Life Fund, LLC (20-5853712)

A&O Bonded Life Assets, LLC (20-5853863)

A&O Bonded Life Settlements, LLC (20-5853772)

Life Fund 5.1, LLC (20-8477081)

Life Fund 5.2, LLC (20-8401820)

Houston Tanglewood Partners, LLC (20-5430092)

A&O Resource Management, Ltd. (11-3734248)

B6E (Official Form 6E) (12/07)

.

In re   **A&O Resource Management, Ltd.**                                        ,   Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        __1__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph - Level 7-425 Chicago, IL 60606** | - | | | | | | | | **Unknown** | |
| | | | | | | | | **Unknown** | | 0.00 |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service District Director P.O. Box 745 Chicago, IL 60690** | - | | | | | | | | **Unknown** | |
| | | | | | | | | **Unknown** | | 0.00 |
| Account No. | | | | 217-782-2256/782-8876 fax 312-793-3384/793-1202 fax | | | | | | |
| **Secretary of State Securities Dept. Jefferson Terrace, Suite 300 A 300 W Jefferson St Springfield, IL 62702** | - | | | | | | | | **Unknown** | |
| | | | | | | | | **Unknown** | | 0.00 |
| Account No. | | | | | | | | | | |
| **Securities and Exchange Commission** | - | | | | | | | | **Unknown** | |
| | | | | | | | | **Unknown** | | **Unknown** |
| Account No. | | | | 512-305-8300/305-8310 fax 713-426-0336/426-6965 fax | | | | | | |
| **Texas State Securities Board-Austin 208 E 10th St, 5th Fl, Rusk Bldg Austin, TX 78701** | - | | | | | | | | **Unknown** | |
| | | | | | | | | **Unknown** | | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | **0.00** | |
| | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **A&O Resource Management, Ltd.**                                                            ,    Case No. _____
                                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Adams, Nicholas**<br>**10334 Squaw Point Rd.**<br>**East Gulf Lake, MN 56401** | - | | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Adkins, Kennel and Janice**<br>**30733  Pierce St.**<br>**Garden City, MI 48135** | - | | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Allen, Jeffrey D.**<br>**14525 W. Guiness Dr.**<br>**Boise, ID 83713** | - | | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Alvarez, Olivia C.**<br>**1516 23rd Avenue N.**<br>**Texas City, TX 77590** | - | | | | **Investment** | | | | **Unknown** |

__48__ continuation sheets attached

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            S/N:27036-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Back, Erskine W.** **11206 Gadwell Landing Ct.** **Chester, VA 23831** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Barber, Russell J.** **13958 Rt. 78 S.** **Wales, NY 14139** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Baron, Gene Ronald** **6572 Church Road** **Brainerd, MN 56401** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Barringer, Doris C.** **1007 Rosewood Drive** **Baytown, TX 77520** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Basil and Betty Keathly, JTWROS** **930 Green Ridge** **Duncanville, TX 75137** | | - | | | | | **Unknown** |

Sheet no. __1__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| **Batten, Robert and Darcy JTWROS 4210 Boynton Houston, TX 77045** | | - | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Batten, Robert and Darcy JTWROS 4210 Boynton Houston, TX 77045** | | - | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Batten, Robert J. JTWROS 4210 Boynton Houston, TX 77045** | | - | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Bauer, Carey M. 137 Valley View Dr. Bastrop, TX 78602** | | - | | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Bauer, Carey M. 137 Valley View Dr. Bastrop, TX 78602** | | - | | | | | | | **Unknown** |

Sheet no. __2__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** _____ ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Bauer, Grace M. 1703 Milholand Dr. Spring, TX 77386 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Beatty, Robert E. 816 Riverside Dr. Pasadena, MD 21122 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Becker, Florence L. 620 Carlisle Avenue Deerfield, IL 60015 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Becker, Jana W. 1538 E. Holly St. Boise, ID 83712 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Begin, Kim Loi 128 Filmore Dr. Sarasota, FL 34236 | - | | | | | | | Unknown |

Sheet no. __3__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| **Bellamy, Keisha** **1085 Kilmington Court** **Alpharetta, GA 30004** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Blaine W. and Claudia B. Curtis JTIC** **1910 London Plane Rd.** **Salt Lake City, UT 84124** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Blaine W. and Claudia B. Curtis JTIC** **1910 London Plane Rd.** **Salt Lake City, UT 84124** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Blaine W. and Claudia B. Curtis JTIC** **1910 London Plane Rd.** **Salt Lake City, UT 84124** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Borders, Susan K.** **18148 Heritage Rd.** **Brainerd, MN 56401** | - | | | | | | | **Unknown** |

Sheet no. __4__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Resource Management, Ltd.**                                    ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Boutross, Peter J.**<br>**505 W. Grand**<br>**Comanche, TX 76442** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Brackeen, Billy Wayne**<br>**8501 Orchard Hill Dr.**<br>**Plano, TX 75025** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Bradshaw, Kristine K**<br>**2571 Milo Way**<br>**Holladay, UT 84117** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Breckenridge-Crump, Annie Y.**<br>**2708 E. 78th St.**<br>**Chicago, IL 60649** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Brieva, Oswaldo M.**<br>**3807 Westmeadow Dr.**<br>**Houston, TX 77082** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __5__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Investment | | | | |
| **Brigance, Bob L.** **401 West Shore** **Richard, TX 75080** | | | | | | | | **Unknown** |
| Account No. | | - | | Investment | | | | |
| **Broach, Joseph T.** **4408 Pano Ct** **Richmond, VA 23237** | | | | | | | | **Unknown** |
| Account No. | | - | | Investment | | | | |
| **Broach, Joseph T.** **4408 Pano Ct** **Richomond, VA 23237** | | | | | | | | **Unknown** |
| Account No. | | - | | Investment | | | | |
| **Brooks, Pamela C.** **10614 Deval** **Cypress, TX 77429** | | | | | | | | **Unknown** |
| Account No. | | - | | Investment | | | | |
| **Brooks, Pamela C.** **10614 Deval** **Cypress, TX 77429** | | | | | | | | **Unknown** |

Sheet no. __6__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Brown, Suzanne L. 10818 Seven Hills Dr. Montague, CA 96064 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Bullard, James W. 1914 Hickory Lawn Houston, TX 77077 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Burke, Robert J. 4116 Chowan Ave., Chesapeake, VA 23325 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Busse, Dolores O. 660 S. 5th Avenue Des Plaines, IL 60016 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Carlin, Charles W. 10147 Metronome Dr. Houston, TX 77080 | - | | | | | | | Unknown |

Sheet no. __7__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,   Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Carlisle, Steve D.<br>16119 Carden Dr.<br>Odessa, FL 33556 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Carlozzi, Dona Jean<br>1616 Seward Rd.<br>Chester, MD 21619 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Carrie J. and Joseph Macio Harper, JTWRO<br>12309 Johnson Rd.<br>Petersburg, VA 23805 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Chalos, Chris E.<br>12400 Red Oak Lane<br>Amelia Courthouse, VA 23002 | - | | | Investment | | | | Unknown |
| Account No.<br><br>Childress, Dan Page<br>101 FM 1467 S.<br>Zephyr, TX 76890 | - | | | Investment | | | | Unknown |

Sheet no. __8___ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** , Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Chitty, Brian Douglas 7505 N. Richland Blvd. N. Richland Hills, TX 76180 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Chitty, Brian Douglas 7505 N. Richland Blvd. N. Richland Hills, TX 76180 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Cholewin, June P. 1210 Oxford Trails Dr. Tomball, TX 77375 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Clyde B. and Norma E. Loan, JTWROS 18457 Wigeon Trail Drive College Station, TX 77845 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Cohn, Barry H. 3010 Powderhorn Point Richmond, TX 77469 | - | | | | | | Unknown |

Sheet no. **9** of **48** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Resource Management, Ltd.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cohn, Glenna M.<br>3010 Powderhorn Point<br>Richmond, TX 77469 | - | | Investment | | | | Unknown |
| Account No.<br><br>Combs, Matthew<br>5248 Cedar Hammock Ct.<br>Sarasota, FL 34232 | - | | Investment | | | | Unknown |
| Account No.<br><br>Cordell, Kenneth R.<br>9550 Ella Lee Lane 3108<br>Houston, TX 77063 | - | | Investment | | | | Unknown |
| Account No.<br><br>Courts, Michael David<br>25279 Country Road #4<br>Nisswa, MN 56468 | - | | Investment | | | | Unknown |
| Account No.<br><br>Culton, Elvis C.<br>4721 Randon Rd.<br>Fort Worth, TX 76140 | - | | Investment | | | | Unknown |

Sheet no. __10__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.**        Case No. _____

_____,

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dalbo, Helen Ann** <br> **5103 NW Torch Lake Dr.** <br> **Kewadin, MI 49648** | - | | Investment | | | | **Unknown** |
| Account No. <br><br> **Daly, William H. Jr.** <br> **579 Pennylake Lane** <br> **Stone Mountain, GA 30087** | - | | Investment | | | | **Unknown** |
| Account No. <br><br> **Daniel B. Galfione Trust** <br> **8214 Green Devon Dr.** <br> **Houston, TX 77095** | - | | Investment | | | | **Unknown** |
| Account No. <br><br> **Davis S. and Rose M. Cooper, JTWROS** <br> **2404 Brookstone Place** <br> **Mt. Juliet, TN 37122** | - | | Investment | | | | **Unknown** |
| Account No. <br><br> **Davis, Michael George** <br> **1432 Bunky Lane** <br> **Atlanta, GA 30338** | - | | Investment | | | | **Unknown** |

Sheet no. __11__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**_____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Devery, Edward M. Jr. 4414 Austin Ave., Brownwood, TX 76801 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Dudney, Donald W. 3506 Broken Arrow Coeur d' Alene, ID 83815 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Duffy, Marjorie M. 620 McHenry Road Apt. 406 Wheeling, IL 60090 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Dutton, Steven C. 1047 Church Hill Rd. Milford, DE 19963 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Eichinger Furtula Budd Watts Living Trus P.O. Box 181867 Dallas, TX 75218 | | - | | | | | Unknown |

Sheet no. __12__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Entrust Group**<br>**Entrust Retirement Services, Inc.**<br>**17171 Park Row, Suite 100**<br>**Houston, TX 77084** | - | | | **2 quarters due - $195/quarter per qualified account investor ($390 per investor x 80 investors)** | | | | **15,600.00** |
| Account No.<br><br>**Erickson, Neta M.**<br>**630 Camelia Dr.**<br>**Glenn Heights, TX 75154** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Eskam 1989 Trust**<br>**970 El Camino**<br>**Boulder City, NV 89006** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Felton,  Patricia Ann**<br>**21848 Hillcrest Dr.**<br>**Nisswa, MN 56468** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Ferrell, Jyoti Vessie**<br>**3006 Carrie Cove Ct.**<br>**Spring, TX 77386** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __13__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,600.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Ferrell, Thomas G. 3006 Carrie Cove Ct. Spring, TX 77386 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Fickau, Christopher A. 217 McArthur Dr. Mukwonago, WI 53149 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Fitzgerald, Earl 2711 Autumn Lake Dr. Katy, TX 77450 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Fitzgerald, Kenneth P.O. Box 459 Bangs, TX 76823 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Fitzgerald, Kristy 2711 Autumn Lake Dr. Katy, TX 77450 | - | | | | | | | Unknown |

Sheet no. __14__ of __48__ sheets attached to Schedule of                                    Subtotal                         0.00
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Flach, James S. 583 Drexel Rd. Fairless Hills, PA 19030 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Fleming, Michael J. 2672 S. 1050 E. Hagerman, ID 83332 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Fonce & CatherineWofford Living Trust 901 Windsong Trl. Richardson, TX 75081 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Frank, John G. 3607 9th Street E. Bradenton, FL 34208 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Frank, Kenneth P. Sr. 167 Thomas Rd. Bridgeton, NJ 08302 | - | | | | | | | Unknown |

Sheet no. __15__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.** _____,  Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Funk, Rose A.**<br>**100 W. Butterfield Rd. #214N**<br>**Elmhurst, IL 60126** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Galindo, Maria G.**<br>**PAID OFF ON 3/11/2008**<br>**Houston, TX 77066** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Gates, Emelia E.**<br>**23472 Dorielle Court**<br>**Laguna Niguel, CA 92677** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Geiger, Norma M.**<br>**3010 Ketchy Ct.**<br>**Export, PA 15632** | - | | | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Gerard J. Milliken Living Trust**<br>**2314 Central Blvd.**<br>**Merrick, NY 11566** | - | | | **Investment** | | | | **Unknown** |

Sheet no. __**16**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.**                                      ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Gold, Mary Barbara D.** **1009 Barnett** **Kerrville, TX 78028** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Gollier, Harry** **27239 Isabella** **Warsaw, MO 65355** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Gooch Charitable Remainder Trust** **10916 Haven Ave.** **Las Vegas, NV 89134** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Gore, Jerry N.** **501 CR 3381** **Comanche, TX 76442** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Gorin, Jane R.** **7206 NW 94 Way** **Tamarac, FL 33321** | - | | | | | | **Unknown** |

Sheet no. __17__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.**                                Case No. _____
                                    ,
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Granchi, Anne M. 6230 Wessington Dr. Hudson, OH 44236 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Greving, Marvin W. W3761 Potter Elkhorn, WI 53121 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Grewal, Gursharam (Dolly) 12104 E. Canyon Trace Houston, TX 77095 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Guernsey, Curtis H. Jr. 8701 Paradise Valley Blvd. Lucerno, CA 95458 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Gumpher, Richard F. 509 3rd Street N. Versailles, PA 15137 | | - | | | | | | Unknown |

Sheet no. __18__ of __48__ sheets attached to Schedule of                    Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Halperin, Frederic I. 9300 Lake Conroe Dr. Conroe, TX 77304 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Hartke, Frederick H. 3008 Creekbend Plano, TX 75075 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Hena, Mohammed Abu 11834 Meadowview Dr. Cypress, TX 77429 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Henderson, Rufus C. 203 Rainbow Cir Rockwall, TX 75032 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Hill, Reed Sr. 5539 Bell Flower Ct. Prince George, VA 23875 | | - | | | | | Unknown |

Sheet no. __19__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        __0.00__

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Hitchins, Barbara C.<br>1902 N Monroe St.<br>Wilmington, DE 19802 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Hoffman, William John<br>302 Primrose Hill<br>Euless, TX 76039 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Holden, Georgana<br>2811 Teague #1305<br>Houston, TX 77080 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Hyde, Richard<br>4816 Bellerive<br>Dallas, TX 75287 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Iqbal, Zafer<br>4415 Sugar Bars Dr.<br>Friendswood, TX 77546 | | - | | | | | |
| | | | | | | | Unknown |

Sheet no. __20__ of __48__ sheets attached to Schedule of                              Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investment | | | | |
| **Jacobs, Clifton 1407 Duggins Dr. Burlington, NC 27217** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Jayanti and Suman Patel JTWROS 3 Voss Park Houston, TX 77024** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Jennie Candiotte Revocable Trust 13817 Via Nadina Delray Beach, FL 33446** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **Joe JMKA-MORA, LP 7115 W. Hearthstone Green Houston, TX 77095** | - | | | | | | | **Unknown** |
| Account No. | | | | Investment | | | | |
| **John and Claire Fielding, JTWROS 13213 Todd Avenue Baton Rouge, LA 70815** | - | | | | | | | **Unknown** |

Sheet no. __21__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Resource Management, Ltd.** ,                          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investment | | | | |
| Johnson, Michael B. 142 Penns Grant Dr. Morrisville, PA 19067 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Jolley, L. Dean 1903 East 900 South Salt Lake City, UT 84108 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Jorge and Amelia Aguilar, JTWROS 2310 Engeling Rd. Rosenberg, TX 77471 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Judith Johnson Trust#1 2821 Briarwood Dr. West Arlington Heights, IL 60005 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Julian, Cynthia A. 7513 W. Long Dr. Boise, ID 83704 | | - | | | | | | Unknown |

Sheet no. __22__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Justin B. and Diane Rand JTWROS 2502 N. Ashland Ave. #1 Chicago, IL 60614 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Kaitson, Angela K. 5121 Jessamine St. Bellaire, TX 77401 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Kanak, Winnie 5803 1st Street Crosby, TX 77532 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Kersey, Philip E. 7302 Walnut Grove Ct. Mechanicsville, VA 23111 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Kieschnick, Connie R. 511 Dunkley Dr. Houston, TX 77076 | | - | | | | | | Unknown |

Sheet no. __23__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.** ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Klein, Richard C. 647 W. Kimball Palatine, IL 60067** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Knight, Lavina M. P.O. Box 352 Veradale, WA 99037** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Kozelka, Patricia L. 237 N. Beaumont Rd. Pairie du Chien, WI 53821** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Lakehomer, Barbara L. 573 Willowcreek Ct. Clarendon Hills, IL 60514** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Leahy, Susan Ann 748 Kirkwood Dallas, TX 75218** | | - | | | | | **Unknown** |

Sheet no. __24__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Resource Management, Ltd.**             ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Investment | | | | |
| **Leonard, Stephanie** **19118 Pine Way Dr.** **Tomball, TX 77375** | | - | | | | | | **Unknown** |
| **Account No.** | | | | Investment | | | | |
| **Lerch, Gretchen D.** **3468 Macarthur Dr.** **Morrysville, PA 15668** | | - | | | | | | **Unknown** |
| **Account No.** | | | | Investment | | | | |
| **Lockett, Donna Marie** **1032 W. Commerce** **Brownwood, TX 76801** | | - | | | | | | **Unknown** |
| **Account No.** | | | | Investment | | | | |
| **Lucas, Gertrude W. (c/o Dorothy Bohac)** **4620 Bellaire Blvd # 208** **Bellaire, TX 77401** | | - | | | | | | **Unknown** |
| **Account No.** | | | | Investment | | | | |
| **Lund, Elvia** **844 Sayles Lane** **Meeteetse, WY 82433** | | - | | | | | | **Unknown** |

Sheet no. __25__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal              **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.** _____,  Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investment | | | | |
| Maeurer, Robert A. 10720 Qualla Rd. Chesterfield, VA 23832 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Majchrzak, Walter 864 Rudder Way Annapolis, MD 21401 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Marsh, Elma P. 706 Single Pine Ct. Spring, TX 77373 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Martin, Robert K. 1812 Locklaine Pasadena, TX 77502 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Mayo, Jesse 572 June St. Hemphill, TX 75948 | | - | | | | | | Unknown |

Sheet no. __26__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Investment | | | | |
| McClung, Alma Jean 3A Whispering Way St. Albans, WV 25177 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| McCoy Family First Limited Partnership 1701 Jennifer Circle Corsicana, TX 75110 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| McCoy Family Living Trust dated Septembe 1514 Flintwood Richard, TX 75081 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| McDowell, Mary E. 1313 Riverton Way Chesapeake, VA 23322 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| McNally, Georgette H. 1812 Locklaine Pasadena, TX 77502 | | - | | | | | | Unknown |

Sheet no. __27__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Metts, Edward 101 Charing Martin Ct. Apt. 2G Baltimore, MD 21229** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Michael and Brenda Kessler Family Ltd. P 3742 Elkins Sugar Land, TX 77479** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Milligan, Christal Jay 40091 W 134th St. Richmond, MO 64085** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Mirich, Joseph E. 1723 N. Union #90 Spokane, WA 99206** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Mistry, Thakor G. 605 Woolsey Dr. Dallas, TX 75224** | - | | | | | | **Unknown** |

Sheet no. __28__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Resource Management, Ltd.** _____,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Montemayor, Joe A. 1355 Leadenhall Circle Ln. Channnelview, TX 77530 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Montemayor, Joe A. (50% of account sold 1355 Leadenhall Circle Ln. Channnelview, TX 77530 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Moody, Dolores J. 126 W. Wood St. Palatine, IL 60067 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Moseley, Danny L. 296 Fern Livingston, TX 77351 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Mozley, Loretta 405 Windsor Dr. Friendswood, TX 77546 | - | | | | | | | Unknown |

Sheet no. __29__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Investment | | | | |
| Myers, John L.<br>26471 285th St.<br>Maryville, MO 64468 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Newberry, JT D. Jr.<br>1408 N. Allegheny Ave.<br>Tulsa, OK 74115 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Nordby, Alan<br>114 Camargo Lane<br>Pasco, WA 99301 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Northam, Barbara<br>2217 Whatley  Dr.<br>Deer Park, TX 77536 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Novotny, Nancy R.<br>705 Country Lane<br>Des Plaines, IL 60016 | | - | | | | | | Unknown |

Sheet no. __30__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Nunn, Margaret B. 7647 El Pensador Dallas, TX 75248 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| O'Rorke, Robert A. 541 Raleigh Drive Conroe, TX 77302 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| O'Toole, Brian 46 Chapital San Clemente, CA 92672 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Odom, Gary R. 12231 Pineland Park Lane Humble, TX 77346 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Orekomaiya, Paula O. 24430 Kestrel View Katy, TX 77494 | | - | | | | | | Unknown |

Sheet no. __31__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Ormondroyd, Harold 45 17th St. Hermosa Beach, CA 90254 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Osborne, Charles R. 7534 Jackwood Houston, TX 77074 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Owen, Sandra L. 15 Saddle Lane Hanover, MA 02339 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Paine, Stephen C. 2100 Tanglewilde #121 Houston, TX 77063 | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Parish, Raymond 365 Buster Rd. Orange, TX 77632 | - | | | | | | Unknown |

Sheet no. __32__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                     ,    Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Parlette, Adela F.** **1924 W. Clay** **Houston, TX 77019** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Parlette, Harry L. IV** **1924 W. Clay** **Houston, TX 77019** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Parlette, Harry L. IV and Adela F.** **JTWRO** **1924 W. Clay** **Houston, TX 77019** | | - | | | | | **Unknown** |
| Account No. | | | Investments | | | | |
| **Parsons, Doug** **15 Crescent Falls Ct.** **Spring, TX 77381** | | - | | | | | **Unknown** |
| Account No. | | | Investments | | | | |
| **Parsons, Eileen B.** **15 Crescent Falls Ct.** **Spring, TX 77381** | | - | | | | | **Unknown** |

Sheet no. __33__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                             **Investments** | | | | | | | | |
| **Pascal, Vincent Dan** **3400 Travis St.** **Houston, TX 77002** | | - | | | | | | **Unknown** |
| Account No.                                             **Investments** | | | | | | | | |
| **Patel, Jayanti K.** **3 Voss Park** **Houston, TX 77024** | | - | | | | | | **Unknown** |
| Account No.                                             **Investment** | | | | | | | | |
| **Patel, Suman** **3 Voss Park** **Houston, TX 77024** | | - | | | | | | **Unknown** |
| Account No.                                             **Investment** | | | | | | | | |
| **Patout, Rivers A. III** **9217 E. Avenue L** **Houston, TX 77012** | | - | | | | | | **Unknown** |
| Account No.                                             **Investment** | | | | | | | | |
| **Patterson, Rouston H. III** **1306 Marina Bay Dr. #206C** **Clear Lake Shores, TX 77565** | | - | | | | | | **Unknown** |

Sheet no. __34__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | Investment | | | | |
| Payton, Robert D. 1810 Country Club Cir Garland, TX 75043 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Perlinger, Francis J. 6716 North Koering Road Brainerd, MN 56401 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Petersen, Robert K. 3020 Avenue M. Council Bluffs, IA 51501 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Pham, Tom 10615 Briar Forest Dr. # 1104 Houston, TX 77042 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Phifer, Patsy G. 650 CR 106 Comanche, TX 76442 | | - | | | | | Unknown |

Sheet no. __35__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Piche, Guy** **1307 Hopkins Park Dr.** **Houston, TX 77094** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Pomeroy, Elaine B.** **372 LaCross Rd.** **Springfield, VT 05156** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ponsell, Barbara A.** **441 Townsend Rd.** **Newark, DE 19711** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Poulsen, Rodney C.** **6688 Coba Ct.** **Salt Lake City, UT 84121** | | - | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Prewitt, Eloise S.** **1130 Wendell Way** **Garland, TX 75043** | | - | | | | | **Unknown** |

Sheet no. __36__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.**                                         ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investment | | | | |
| **Puesi, Gloria C.**<br>**111 Quince St.**<br>**Vineland, NJ 08360** | | | - | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Richard Scott and Michelle M. Henderson,**<br>**10011 Piping Rock Lane**<br>**Houston, TX 77042** | | | - | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Richards, Michael A., Jr.**<br>**6104 Chadsworth Terrace**<br>**Glen Allen, VA 23059** | | | - | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Riddle, James K., Sr.**<br>**40 Raines Tavern Rd.**<br>**Farmville, VA 26901** | | | - | | | | | | **Unknown** |
| Account No. | | | | | Investment | | | | |
| **Riddle, Tamara G.**<br>**7995 Darby's Run**<br>**Chagrin Falls, OH 44023** | | | - | | | | | | **Unknown** |

Sheet no. __37__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Roach, Gary F.**<br>**15302 Co. Rd. 109**<br>**Merrifield, MN 56465** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Robert and Janice Cantley, JTWROS**<br>**18391 Muir Ave.**<br>**Twain Harte, CA 95383** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ronald N. and Nedra D. Miller, JTWROS**<br>**1206 Fountainview**<br>**Houston, TX 77057** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Ross, Patricia L.**<br>**5102 Cliff Haven Dr.**<br>**Dallas, TX 75236** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Rush, Danny O.**<br>**2545 Chanute Dr.**<br>**Plano, TX 75025** | - | | | | | | **Unknown** |

Sheet no. __38__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  |  | - | Investment |  |  |  |  |
| **Rushing-Cueman, Victoria Annette** **2287 Cork Oak St.** **Sarasota, FL 34232** |  |  |  |  |  |  | **Unknown** |
| Account No.  |  | - | Investment |  |  |  |  |
| **Sanders, Jim L.** **3023 Michelis** **Baytown, TX 77521** |  |  |  |  |  |  | **Unknown** |
| Account No.  |  | - | Investment |  |  |  |  |
| **Sapida, Arturo C.** **81870 Mountain View Lane** **LaQuinta, CA 92253** |  |  |  |  |  |  | **Unknown** |
| Account No.  |  | - | Investment |  |  |  |  |
| **Sappington, Martha C.** **653 South St.** **Lake Geneva, WI 53147** |  |  |  |  |  |  | **Unknown** |
| Account No.  |  | - | Investment |  |  |  |  |
| **Schatz, Alan W.** **316 Ford Lane** **Bartlett, IL 60103** |  |  |  |  |  |  | **Unknown** |

Sheet no. __39__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __A&O Resource Management, Ltd._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| Scheel, Timothy R. 20125 N. Woodland Circle Mokena, IL 60448 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Schulke, Patricia L. 3435 SW 8th Street Cape Coral, FL 33991 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Schulz, Delores M. 3074 Pride Cir. Paris, TX 75460 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Schwartz, Jerome S. 847 Voyager Houston, TX 77062 | | - | | | | | Unknown |
| Account No. | | | Investment | | | | |
| Shannon, Edward J. Jr. 1865 Old Willow Rd. Northfield, IL 60093 | | - | | | | | Unknown |

Sheet no. __40__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investment | | | | |
| Shelton, Keith 534 Wanda Dr. Nashville, TN 37210 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Simon, Peter A. 255 S,. Capital Blvd. #1401 Boise, ID 83702 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Siqueria, Cedric 3735 Aberdeen Way Houston, TX 77025 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Skeels, Fonald D. 23011 E. Mocha Ln. Liberty Lake, WA 99019 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Smith, William 4513 Libbey Ln. Houston, TX 77096 | | - | | | | | | Unknown |

Sheet no. __41__ of __48__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Southside Rappahannock Association**<br>**247 Indian Neck Rd.**<br>**Newtown, VA 23126** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Stuart, Paul R.**<br>**600 E. Bonanza Rd. #333**<br>**Las Vegas, NV 89101** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Sullivan, Arlene C.**<br>**3215 Tussell St.**<br>**Naperville, IL 60564** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Suwankosai, Boonsong**<br>**2115 Redcliff Dr.**<br>**Missouri City, TX 77489** | - | | | | | | Unknown |
| Account No. | | | Investment | | | | |
| **Tavakoli, Fardin S.**<br>**6 W. Rivercrest**<br>**Houston, TX 77042** | - | | | | | | Unknown |

Sheet no. __42__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.** _____,  Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Tavakoli, Frank M.**<br>**11115 Claymore**<br>**Houston, TX 77024** | - | | | **Investment** | | | | Unknown |
| Account No.<br><br>**Tavakoli, Michael S.**<br>**817 E. Friar Tuck Ln.**<br>**Houston, TX 77024** | - | | | **Investment** | | | | Unknown |
| Account No.<br><br>**Taylor, Christopher S.**<br>**5520 Monguy Rd.**<br>**Charles City, VA 23030** | - | | | **Investment** | | | | Unknown |
| Account No.<br><br>**Thomas E., Jr. and Barbara D. Gaver, JTW**<br>**14220 E. Sunnyside Dr.**<br>**Veradale, WA 99037** | - | | | **Investment** | | | | Unknown |
| Account No.<br><br>**Thomas K. and Pam P. \Mathews, JTWROS**<br>**7305 Quarry Chase Trail**<br>**Plano, TX 75025** | - | | | **Investment** | | | | Unknown |

Sheet no. __43__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A&O Resource Management, Ltd.**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Timpano, Marty 22971 Indian Ridge Dr. Katy, TX 77450 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Treadway, Leroy P. 8700 Tweed Dr. Houston, TX 77061 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Treadway, Linda L. 8700 Tweed Dr. Houston, TX 77061 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Trott, Maureen Qu. 3018 Golden Hills Lane Missouri City, TX 77459 | | - | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Troy, Thomas A. 4067 N. Kessinger Ln. Boise, ID 83703 | | - | | | | | | Unknown |

Sheet no. __44__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Resource Management, Ltd.** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| Upchurch, Mark A. 1214 Campbell Rd. Houston, TX 77055 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Vasquez, Patricia 5460 Charleston Ave. Tavares, FL 32778 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Vienne, Peter P. 708 Viewpointe Dr. St. Charles, IL 60174 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Villarreal, George J. 10011 Sagetrail Dr. Houston, TX 77089 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Wagner, Anna Marie 5013 Casa Grande Dickinson, TX 77539 | - | | | | | | | Unknown |

Sheet no. __45__ of __48__ sheets attached to Schedule of        Subtotal        | 0.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** _____,   Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wallens, Mary Louise**<br>**6310 Breton Lakes Dr.**<br>**Willowbrook, IL 60527** | | - | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Wasson, Marilyn T.**<br>**921 E. Manzanita Dr.**<br>**Union, WA 98592** | | - | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Watkins, James Frederick**<br>**1746 E. Silverstar Rd. Ste. 8112**<br>**Ocoee, FL 34761** | | - | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Wenig, Leonard**<br>**200 Green Tree Circle**<br>**Aurora, OH 44207** | | - | **Investment** | | | | **Unknown** |
| Account No.<br><br>**Wetuski, John D. and Joyce JTWROS**<br>**115 Barbers Hill Rd.**<br>**Highlands, TX 77532** | | - | **Investment** | | | | **Unknown** |

Sheet no. __**46**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Resource Management, Ltd.**                                    , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investment | | | | |
| WIEC Properties, LLC 15521 Edgewood Drive Baxter, MN 56401 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| WIEC Properties, LLC 13205 County Road 109 Merrifield, MN 56465 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Wood, Guy Thomas 351 Circle P. Heights Brownwood, TX 76801 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Yang, Thomas PAID OFF ON 3/11/2008 Glenview, IL 60025 | - | | | | | | | Unknown |
| Account No. | | | | Investment | | | | |
| Yim, Myong 19006 Windsor Lakes Houston, TX 77094 | - | | | | | | | Unknown |

Sheet no. __47__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Resource Management, Ltd.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment | | | | |
| **Zendejas, Philip R.** **916 East Koenig Lane** **Austin, TX 78751** | - | | | | | | **Unknown** |
| Account No. | | | Investment | | | | |
| **Zhang, Shanmin** **11031 31st Ave. North** **Texas City, TX 77591** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __48__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
| | Total (Report on Summary of Schedules) | **15,600.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **A&O Resource Management, Ltd.**                            Case No.   _____
                                           Debtor(s)        Chapter   **11**_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of Shepherd Capital Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**60**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September  2, 2009**_____         Signature    **/s/ Russell E. Mackert**_____
                                                         **Russell E. Mackert**
                                                         **Manager of Shepherd Capital Management, LLC**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    __A&O Resource Management, Ltd.__                 Case No.     _____
                                    Debtor(s)     Chapter     __11__

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     _____ __241__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    __September  2, 2009__         __/s/ Russell E. Mackert__
                                  __Russell E. Mackert/Manager of Shepherd Capital Management, LLC__
                                  Signer/Title

Adams, Nicholas
10334 Squaw Point Rd.
East Gulf Lake, MN 56401


Adkins, Kennel and Janice
30733 Pierce St.
Garden City, MI 48135


Allen, Jeffrey D.
14525 W. Guiness Dr.
Boise, ID 83713


Alvarez, Olivia C.
1516 23rd Avenue N.
Texas City, TX 77590


Back, Erskine W.
11206 Gadwell Landing Ct.
Chester, VA 23831


Barber, Russell J.
13958 Rt. 78 S.
Wales, NY 14139


Baron, Gene Ronald
6572 Church Road
Brainerd, MN 56401


Barringer, Doris C.
1007 Rosewood Drive
Baytown, TX 77520


Basil and Betty Keathly, JTWROS
930 Green Ridge
Duncanville, TX 75137


Batten, Robert and Darcy JTWROS
4210 Boynton
Houston, TX 77045


Batten, Robert J. JTWROS
4210 Boynton
Houston, TX 77045

Bauer, Carey M.
137 Valley View Dr.
Bastrop, TX 78602

Bauer, Grace M.
1703 Milholand Dr.
Spring, TX 77386

Beatty, Robert E.
816 Riverside Dr.
Pasadena, MD 21122

Becker, Florence L.
620 Carlisle Avenue
Deerfield, IL 60015

Becker, Jana W.
1538 E. Holly St.
Boise, ID 83712

Begin, Kim Loi
128 Filmore Dr.
Sarasota, FL 34236

Bellamy, Keisha
1085 Kilmington Court
Alpharetta, GA 30004

Blaine W. and Claudia B. Curtis JTIC
1910 London Plane Rd.
Salt Lake City, UT 84124

Borders, Susan K.
18148 Heritage Rd.
Brainerd, MN 56401

Boutross, Peter J.
505 W. Grand
Comanche, TX 76442

Brackeen, Billy Wayne
8501 Orchard Hill Dr.
Plano, TX 75025

Bradshaw, Kristine K
2571 Milo Way
Holladay, UT 84117

Breckenridge-Crump, Annie Y.
2708 E. 78th St.
Chicago, IL 60649

Brieva, Oswaldo M.
3807 Westmeadow Dr.
Houston, TX 77082

Brigance, Bob L.
401 West Shore
Richard, TX 75080

Broach, Joseph T.
4408 Pano Ct
Richomond, VA 23237

Brooks, Pamela C.
10614 Deval
Cypress, TX 77429

Brown, Suzanne L.
10818 Seven Hills Dr.
Montague, CA 96064

Bullard, James W.
1914 Hickory Lawn
Houston, TX 77077

Burke, Robert J.
4116 Chowan Ave.,
Chesapeake, VA 23325

Busse, Dolores O.
660 S. 5th Avenue
Des Plaines, IL 60016

Carlin, Charles W.
10147 Metronome Dr.
Houston, TX 77080

Carlisle, Steve D.
16119 Carden Dr.
Odessa, FL 33556


Carlozzi, Dona Jean
1616 Seward Rd.
Chester, MD 21619


Carrie J. and Joseph Macio Harper, JTWRO
12309 Johnson Rd.
Petersburg, VA 23805


Chalos, Chris E.
12400 Red Oak Lane
Amelia Courthouse, VA 23002


Childress, Dan Page
101 FM 1467 S.
Zephyr, TX 76890


Chitty, Brian Douglas
7505 N. Richland Blvd.
N. Richland Hills, TX 76180


Cholewin, June P.
1210 Oxford Trails Dr.
Tomball, TX 77375


Clyde B. and Norma E. Loan, JTWROS
18457 Wigeon Trail Drive
College Station, TX 77845


Cohn, Barry H.
3010 Powderhorn Point
Richmond, TX 77469


Cohn, Glenna M.
3010 Powderhorn Point
Richmond, TX 77469


Combs, Matthew
5248 Cedar Hammock Ct.
Sarasota, FL 34232

Cordell, Kenneth R.
9550 Ella Lee Lane 3108
Houston, TX 77063

Courts, Michael David
25279 Country Road #4
Nisswa, MN 56468

Culton, Elvis C.
4721 Randon Rd.
Fort Worth, TX 76140

Dalbo, Helen Ann
5103 NW Torch Lake Dr.
Kewadin, MI 49648

Daly, William H. Jr.
579 Pennylake Lane
Stone Mountain, GA 30087

Daniel B. Galfione Trust
8214 Green Devon Dr.
Houston, TX 77095

Davis S. and Rose M. Cooper, JTWROS
2404 Brookstone Place
Mt. Juliet, TN 37122

Davis, Michael George
1432 Bunky Lane
Atlanta, GA 30338

Devery, Edward M. Jr.
4414 Austin Ave.,
Brownwood, TX 76801

Dudney, Donald W.
3506 Broken Arrow
Coeur d' Alene, ID 83815

Duffy, Marjorie M.
620 McHenry Road Apt. 406
Wheeling, IL 60090

Dutton, Steven C.
1047 Church Hill Rd.
Milford, DE 19963


Eichinger Furtula Budd Watts Living Trus
P.O. Box 181867
Dallas, TX 75218


Entrust Group
Entrust Retirement Services, Inc.
17171 Park Row, Suite 100
Houston, TX 77084


Erickson, Neta M.
630 Camelia Dr.
Glenn Heights, TX 75154


Eskam 1989 Trust
970 El Camino
Boulder City, NV 89006


Felton,  Patricia Ann
21848 Hillcrest Dr.
Nisswa, MN 56468


Ferrell, Jyoti Vessie
3006 Carrie Cove Ct.
Spring, TX 77386


Ferrell, Thomas G.
3006 Carrie Cove Ct.
Spring, TX 77386


Fickau, Christopher A.
217 McArthur Dr.
Mukwonago, WI 53149


Fitzgerald, Earl
2711 Autumn Lake Dr.
Katy, TX 77450


Fitzgerald, Kenneth
P.O. Box 459
Bangs, TX 76823

Fitzgerald, Kristy
2711 Autumn Lake Dr.
Katy, TX 77450


Flach, James S.
583 Drexel Rd.
Fairless Hills, PA 19030


Fleming, Michael J.
2672 S. 1050 E.
Hagerman, ID 83332


Fonce & CatherineWofford Living Trust
901 Windsong Trl.
Richardson, TX 75081


Frank, John G.
3607 9th Street E.
Bradenton, FL 34208


Frank, Kenneth P. Sr.
167 Thomas Rd.
Bridgeton, NJ 08302


Funk, Rose A.
100 W. Butterfield Rd. #214N
Elmhurst, IL 60126


Galindo, Maria G.
PAID OFF ON 3/11/2008
Houston, TX 77066


Gates, Emelia E.
23472 Dorielle Court
Laguna Niguel, CA 92677


Geiger, Norma M.
3010 Ketchy Ct.
Export, PA 15632


Gerard J. Milliken Living Trust
2314 Central Blvd.
Merrick, NY 11566

Gold, Mary Barbara D.
1009 Barnett
Kerrville, TX 78028


Gollier, Harry
27239 Isabella
Warsaw, MO 65355


Gooch Charitable Remainder Trust
10916 Haven Ave.
Las Vegas, NV 89134


Gore, Jerry N.
501 CR 3381
Comanche, TX 76442


Gorin, Jane R.
7206 NW 94 Way
Tamarac, FL 33321


Granchi, Anne M.
6230 Wessington Dr.
Hudson, OH 44236


Greving, Marvin W.
W3761 Potter
Elkhorn, WI 53121


Grewal, Gursharam (Dolly)
12104 E. Canyon Trace
Houston, TX 77095


Guernsey, Curtis H. Jr.
8701 Paradise Valley Blvd.
Lucerno, CA 95458


Gumpher, Richard F.
509 3rd Street N.
Versailles, PA 15137


Halperin, Frederic I.
9300 Lake Conroe Dr.
Conroe, TX 77304

Hartke, Frederick H.
3008 Creekbend
Plano, TX 75075


Hena, Mohammed Abu
11834 Meadowview Dr.
Cypress, TX 77429


Henderson, Rufus C.
203 Rainbow Cir
Rockwall, TX 75032


Hill, Reed Sr.
5539 Bell Flower Ct.
Prince George, VA 23875


Hitchins, Barbara C.
1902 N Monroe St.
Wilmington, DE 19802


Hoffman, William John
302 Primrose Hill
Euless, TX 76039


Holden, Georgana
2811 Teague #1305
Houston, TX 77080


Hyde, Richard
4816 Bellerive
Dallas, TX 75287


Igbal, Zafer
4415 Sugar Bars Dr.
Friendswood, TX 77546


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph - Level 7-425
Chicago, IL 60606


Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690

Jacobs, Clifton
1407 Duggins Dr.
Burlington, NC 27217


Jayanti and Suman Patel JTWROS
3 Voss Park
Houston, TX 77024


Jennie Candiotte Revocable Trust
13817 Via Nadina
Delray Beach, FL 33446


Joe JMKA-MORA, LP
7115 W. Hearthstone Green
Houston, TX 77095


John and Claire Fielding, JTWROS
13213 Todd Avenue
Baton Rouge, LA 70815


Johnson, Michael B.
142 Penns Grant Dr.
Morrisville, PA 19067


Jolley, L. Dean
1903 East 900 South
Salt Lake City, UT 84108


Jorge and Amelia Aguilar, JTWROS
2310 Engeling Rd.
Rosenberg, TX 77471


Judith Johnson Trust#1
2821 Briarwood Dr. West
Arlington Heights, IL 60005


Julian, Cynthia A.
7513 W. Long Dr.
Boise, ID 83704


Justin B. and Diane Rand JTWROS
2502 N. Ashland Ave. #1
Chicago, IL 60614

Kaitson, Angela K.
5121 Jessamine St.
Bellaire, TX 77401


Kanak, Winnie
5803 1st Street
Crosby, TX 77532


Kersey, Philip E.
7302 Walnut Grove Ct.
Mechanicsville, VA 23111


Kieschnick, Connie R.
511 Dunkley Dr.
Houston, TX 77076


Klein, Richard C.
647 W. Kimball
Palatine, IL 60067


Knight, Lavina M.
P.O. Box 352
Veradale, WA 99037


Kozelka, Patricia L.
237 N. Beaumont Rd.
Pairie du Chien, WI 53821


Lakehomer, Barbara L.
573 Willowcreek Ct.
Clarendon Hills, IL 60514


Leahy, Susan Ann
748 Kirkwood
Dallas, TX 75218


Leonard, Stephanie
19118 Pine Way Dr.
Tomball, TX 77375


Lerch, Gretchen D.
3468 Macarthur Dr.
Morrysville, PA 15668

Lockett, Donna Marie
1032 W. Commerce
Brownwood, TX 76801


Lucas, Gertrude W. (c/o Dorothy Bohac)
4620 Bellaire Blvd # 208
Bellaire, TX 77401


Lund, Elvia
844 Sayles Lane
Meeteetse, WY 82433


Maeurer, Robert A.
10720 Qualla Rd.
Chesterfield, VA 23832


Majchrzak, Walter
864 Rudder Way
Annapolis, MD 21401


Marsh, Elma P.
706 Single Pine Ct.
Spring, TX 77373


Martin, Robert K.
1812 Locklaine
Pasadena, TX 77502


Mayo, Jesse
572 June St.
Hemphill, TX 75948


McClung, Alma Jean
3A Whispering Way
St. Albans, WV 25177


McCoy Family First Limited Partnership
1701 Jennifer Circle
Corsicana, TX 75110


McCoy Family Living Trust dated Septembe
1514 Flintwood
Richard, TX 75081

McDowell, Mary E.
1313 Riverton Way
Chesapeake, VA 23322


McNally, Georgette H.
1812 Locklaine
Pasadena, TX 77502


Metts, Edward
101 Charing Martin Ct. Apt. 2G
Baltimore, MD 21229


Michael and Brenda Kessler Family Ltd. P
3742 Elkins
Sugar Land, TX 77479


Milligan, Christal Jay
40091 W 134th St.
Richmond, MO 64085


Mirich, Joseph E.
1723 N. Union #90
Spokane, WA 99206


Mistry, Thakor G.
605 Woolsey Dr.
Dallas, TX 75224


Montemayor, Joe A.
1355 Leadenhall Circle Ln.
Channnelview, TX 77530


Montemayor, Joe A.  (50% of account sold
1355 Leadenhall Circle Ln.
Channnelview, TX 77530


Moody, Dolores J.
126 W. Wood St.
Palatine, IL 60067


Moseley, Danny L.
296 Fern
Livingston, TX 77351

Mozley, Loretta
405 Windsor Dr.
Friendswood, TX 77546


Myers, John L.
26471 285th St.
Maryville, MO 64468


Newberry, JT D. Jr.
1408 N. Allegheny Ave.
Tulsa, OK 74115


Nordby, Alan
114 Camargo Lane
Pasco, WA 99301


Northam, Barbara
2217 Whatley Dr.
Deer Park, TX 77536


Novotny, Nancy R.
705 Country Lane
Des Plaines, IL 60016


Nunn, Margaret B.
7647 El Pensador
Dallas, TX 75248


O'Rorke, Robert A.
541 Raleigh Drive
Conroe, TX 77302


O'Toole, Brian
46 Chapital
San Clemente, CA 92672


Odom, Gary R.
12231 Pineland Park Lane
Humble, TX 77346


Orekomaiya, Paula O.
24430 Kestrel View
Katy, TX 77494

Ormondroyd, Harold
45 17th St.
Hermosa Beach, CA 90254


Osborne, Charles R.
7534 Jackwood
Houston, TX 77074


Owen, Sandra L.
15 Saddle Lane
Hanover, MA 02339


Paine, Stephen C.
2100 Tanglewilde #121
Houston, TX 77063


Parish, Raymond
365 Buster Rd.
Orange, TX 77632


Parlette, Adela F.
1924 W. Clay
Houston, TX 77019


Parlette, Harry L. IV
1924 W. Clay
Houston, TX 77019


Parlette, Harry L. IV and Adela F. JTWRO
1924 W. Clay
Houston, TX 77019


Parsons, Doug
15 Crescent Falls Ct.
Spring, TX 77381


Parsons, Eileen B.
15 Crescent Falls Ct.
Spring, TX 77381


Pascal, Vincent Dan
3400 Travis St.
Houston, TX 77002

Patel, Jayanti K.
3 Voss Park
Houston, TX 77024


Patel, Suman
3 Voss Park
Houston, TX 77024


Patout, Rivers A. III
9217 E. Avenue L
Houston, TX 77012


Patterson, Rouston H. III
1306 Marina Bay Dr. #206C
Clear Lake Shores, TX 77565


Payton, Robert D.
1810 Country Club Cir
Garland, TX 75043


Perlinger, Francis J.
6716 North Koering Road
Brainerd, MN 56401


Petersen, Robert K.
3020 Avenue M.
Council Bluffs, IA 51501


Pham, Tom
10615 Briar Forest Dr. # 1104
Houston, TX 77042


Phifer, Patsy G.
650 CR 106
Comanche, TX 76442


Piche, Guy
1307 Hopkins Park Dr.
Houston, TX 77094


Pomeroy, Elaine B.
372 LaCross Rd.
Springfield, VT 05156

Ponsell, Barbara A.
441 Townsend Rd.
Newark, DE 19711


Poulsen, Rodney C.
6688 Coba Ct.
Salt Lake City, UT 84121


Prewitt, Eloise S.
1130 Wendell Way
Garland, TX 75043


Puesi, Gloria C.
111 Quince St.
Vineland, NJ 08360


Richard Scott and Michelle M. Henderson,
10011 Piping Rock Lane
Houston, TX 77042


Richards, Michael A., Jr.
6104 Chadsworth Terrace
Glen Allen, VA 23059


Riddle, James K., Sr.
40 Raines Tavern Rd.
Farmville, VA 26901


Riddle, Tamara G.
7995 Darby's Run
Chagrin Falls, OH 44023


Roach, Gary F.
15302 Co. Rd. 109
Merrifield, MN 56465


Robert and Janice Cantley, JTWROS
18391 Muir Ave.
Twain Harte, CA 95383


Ronald N. and Nedra D. Miller, JTWROS
1206 Fountainview
Houston, TX 77057

Ross, Patricia L.
5102 Cliff Haven Dr.
Dallas, TX 75236


Rush, Danny O.
2545 Chanute Dr.
Plano, TX 75025


Rushing-Cueman, Victoria Annette
2287 Cork Oak St.
Sarasota, FL 34232


Sanders, Jim L.
3023 Michelis
Baytown, TX 77521


Sapida, Arturo C.
81870 Mountain View Lane
LaQuinta, CA 92253


Sappington, Martha C.
653 South St.
Lake Geneva, WI 53147


Schatz, Alan W.
316 Ford Lane
Bartlett, IL 60103


Scheel, Timothy R.
20125 N. Woodland Circle
Mokena, IL 60448


Schulke, Patricia L.
3435 SW 8th Street
Cape Coral, FL 33991


Schulz, Delores M.
3074 Pride Cir.
Paris, TX 75460


Schwartz, Jerome S.
847 Voyager
Houston, TX 77062

Secretary of State Securities Dept.
Jefferson Terrace, Suite 300 A
300 W Jefferson St
Springfield, IL 62702


Secretary of State Securities Dept.
Chicago Division
69 W Washington St, Suite 1220
Chicago, IL 60602


Securities and Exchange Commission


Shannon, Edward J. Jr.
1865 Old Willow Rd.
Northfield, IL 60093


Shelton, Keith
534 Wanda Dr.
Nashville, TN 37210


Simon, Peter A.
255 S,. Capital Blvd. #1401
Boise, ID 83702


Siqueria, Cedric
3735 Aberdeen Way
Houston, TX 77025


Skeels, Fonald D.
23011 E. Mocha Ln.
Liberty Lake, WA 99019


Smith, William
4513 Libbey Ln.
Houston, TX 77096


Southside Rappahannock Association
247 Indian Neck Rd.
Newtown, VA 23126


Stuart, Paul R.
600 E. Bonanza Rd. #333
Las Vegas, NV 89101

Sullivan, Arlene C.
3215 Tussell St.
Naperville, IL 60564


Suwankosai, Boonsong
2115 Redcliff Dr.
Missouri City, TX 77489


Tavakoli, Fardin S.
6 W. Rivercrest
Houston, TX 77042


Tavakoli, Frank M.
11115 Claymore
Houston, TX 77024


Tavakoli, Michael S.
817 E. Friar Tuck Ln.
Houston, TX 77024


Taylor, Christopher S.
5520 Monguy Rd.
Charles City, VA 23030


Texas State Securities Board
Houston Division
1919 N Loop West, Suite 300
Houston, TX 77008


Texas State Securities Board-Austin
208 E 10th St, 5th Fl, Rusk Bldg
Austin, TX 78701


Thomas E., Jr. and Barbara D. Gaver, JTW
14220 E. Sunnyside Dr.
Veradale, WA 99037


Thomas K. and Pam P. \Mathews, JTWROS
7305 Quarry Chase Trail
Plano, TX 75025


Timpano, Marty
22971 Indian Ridge Dr.
Katy, TX 77450

Treadway, Leroy P.
8700 Tweed Dr.
Houston, TX 77061


Treadway, Linda L.
8700 Tweed Dr.
Houston, TX 77061


Trott, Maureen Qu.
3018 Golden Hills Lane
Missouri City, TX 77459


Troy, Thomas A.
4067 N. Kessinger Ln.
Boise, ID 83703


Upchurch, Mark A.
1214 Campbell Rd.
Houston, TX 77055


Vasquez, Patricia
5460 Charleston Ave.
Tavares, FL 32778


Vienne, Peter P.
708 Viewpointe Dr.
St. Charles, IL 60174


Villarreal, George J.
10011 Sagetrail Dr.
Houston, TX 77089


Wagner, Anna Marie
5013 Casa Grande
Dickinson, TX 77539


Wallens, Mary Louise
6310 Breton Lakes Dr.
Willowbrook, IL 60527


Wasson, Marilyn T.
921 E. Manzanita Dr.
Union, WA 98592

Watkins, James Frederick
1746 E. Silverstar Rd. Ste. 8112
Ocoee, FL 34761


Wenig, Leonard
200 Green Tree Circle
Aurora, OH 44207


Wetuski, John D. and Joyce JTWROS
115 Barbers Hill Rd.
Highlands, TX 77532


WIEC Properties, LLC
15521 Edgewood Drive
Baxter, MN 56401


WIEC Properties, LLC
13205 County Road 109
Merrifield, MN 56465


Wood, Guy Thomas
351 Circle P. Heights
Brownwood, TX 76801


Yang, Thomas
PAID OFF ON 3/11/2008
Glenview, IL 60025


Yim, Myong
19006 Windsor Lakes
Houston, TX 77094


Zendejas, Philip R.
916 East Koenig Lane
Austin, TX 78751


Zhang, Shanmin
11031 31st Ave. North
Texas City, TX 77591